FILED: March 26, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1995
(3:23-cv-00020-RSB)

RONALD SATISH EMRIT

    Plaintiff - Appellant

v.

UNIVERSITY OF VIRGINIA DARDEN SCHOOL OF BUSINESS; ADAMS & GARTH; NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP); EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (EEOC); UNITED STATES DEPARTMENT OF JUSTICE (DOJ), Civil Rights Division

    Defendants - Appellees

M A N D A T E

The judgment of this court, entered February 2, 2024, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

/s/Nwamaka Anowi, Clerk